# JOHN JAY PERRONE
## Attorney at Law

Middlesex County Office:
332 Cranbury Road
East Brunswick, NJ 08816

49 Branch Avenue, Red Bank, NJ 07701

Tel: (732) 212-8999
Fax: (732) 389-4719
email: jjpesq1@comcast.net

January 11, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/05

RECEIVED
CHAMBERS OF
JAN 11 2005

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States of America v. Maria Delgado
Indictment No.- 04 Cr. 1161 (SAS)

Dear Judge Scheindlin:

Enclosed as per your direction, please find proposed Order for Admission Pro Hac Vice in the above-mentioned matter together with a check in the amount of $25.00 to cover costs.

I have previously notified A.U.S.A. Julian Screibman of said application and have received no objection thereto. (see attached letter)

Thank you for your considerations.

Respectfully yours,

John Jay Perrone, Esquire

JJP/cp
Encl.
Cc: Schreibman
    Delgado

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-

MARIA DELGADO

------------------------------------------------------x

04-Cr. 1161 (SAS)

ADMISSION TO
PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, John Jay Perrone, Esq., is permitted to try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll if attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 1/13/05

Hon. Shira A. Scheindlin, U.S.D.J.