UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER ACCEPTING PLEA ALLOCUTION** |
| -v.- | : | |
| MARIA DELGADO, | : | 04 Cr. 1161 (SAS) (THK) |
| Defendant. | : | |

------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on August 16, 2005;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

DATED:   New York, New York
         ~~September~~ Nov. 1, 2005

                                    _____
                                    HONORABLE SHIRA A. SCHEINDLIN
                                    UNITED STATES DISTRICT JUDGE

Returned to chambers for scanning on 11-7-05
Scanned by chambers on 11/7/05